FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 29 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01893-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

BUREAU OF PRISONS, and
ROXANN MACK,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, originally filed a civil action in the United States District Court for the Northern District of California. The Northern District of California determined that the action is properly filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court.

Plaintiff has submitted a document titled "Civil Complaint." As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ Names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) _X_ Other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the Court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ Uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/Plaintiff have not been received by the court.
(17) ___ Names in caption do not match names in text
(18) ___ Other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this Order.** Any papers that Plaintiff files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this Order** the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01893-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk